**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 205 EAL 2019

            Respondent                 :

                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court

            v.                       :

                                          :

LAMONT J. HILL,                         :

                                        :

            Petitioner                  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.